IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| Charles Lamb, # 186788, ) | C/A NO. 8:09-3107-CMC-BHH |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Lieber Correctional Institution, Pharmacy ) | |
| People Them, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's *pro se* complaint brought pursuant to 42 U.S.C. § 1983.

On January 4, 2010, this court adopted the Report and Recommendation of the Magistrate Judge and gave Plaintiff an opportunity to pay the full filing fee ($350.00) in this court. *See* Order (Dkt. #9, filed January 4, 2010). Plaintiff was specifically advised that failure to pay the filing fee would result in the dismissal of this matter without prejudice and without issuance and service of process. No further communication has been received from Plaintiff.

Therefore, this matter is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
February 10, 2010

C:\Documents and Settings\nac60\Desktop\09-3107 Order.wpd